IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYLER FERRIS, <br> CORY SITTON, and <br> ROBERT D. STEVENS, <br> on behalf of Plaintiffs and the class <br> members described below, <br><br> Plaintiffs, <br> v. <br><br> UETSA TSAKITS, INC., <br> doing business as MaxLend; <br> DAVID JOHNSON; <br> KIRK MICHAEL CHEWNING; <br> CANE BAY PARTNERS VI, LLLP; <br> DIMENSION CREDIT (CAYMAN), L.P.; <br> STRATEGIC LINK CONSULTING, LP; <br> ESOTERIC VENTURES, LLC; <br> INFOTEL INTERNATIONAL, LTD.; <br> M. MARK HIGH, LTD.; <br> JAY CLARK; <br> and DOES 1-20, <br><br> Defendants. | No. 1:24-cv-01236-JPH-CSW |

**NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES**

Plaintiffs Tyler Ferris, Cory Sitton, and Robert Stevens (collectively, the "Plaintiffs"), and Defendants Uetsa Tsatskis, d/b/a Maxlend, David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), LP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., and Jay Clark (collectively, "Defendants") hereby notify this Court that they have settled this case in principle and expect to file dismissal papers within the next sixty (60) days. The parties respectfully request that all deadlines be stayed while they negotiate a written settlement agreement.

Respectfully submitted,

/s/ Lucas M. Coughlin
Daniel A. Edelman
Heather Kolbus
Lucas M. Coughlin
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Counsel for Plaintiffs

/s/ Dominic Isgro (w/ consent)
Dominic Isgro
**Aegis Professional Services, Inc.**
440 46th Avenue
St. Petersburg, FL, 33706-2530
Phone: (954) 673-0341
dominic@isgrolaw.com
Counsel for Defendants David Johnson; Kirk Michael Chewning; Cane Bay Partners VI, LLLP; Strategic Link Consulting, LP; Esoteric Ventures, LLC; Infotel International, Ltd.; M. Mark High, Ltd. and Jay Clark

**For Defendant Dimension Credit (Cayman), LP:**

/s/ Frank Velocci (w/ consent)
Frank Velocci
Faegre Drinker Biddle & Reath, LLP
320 S Canal St Suite 3300
Chicago, IL 60606
(973) 549-7078

**For Defendant Uetsa Tsakits, Inc.:**

/s/ Carter Nichols (w/ consent)
Carter Nichols
Troutman Pepper
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7556
Email: Carter.Nichols@troutman.com

**CERTIFICATE OF SERVICE**

      I, Lucas Coughlin, hereby certify that on September 30, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. In addition, I sent a true and accurate copy of the foregoing document via email to the following parties:

    Frank Velocci - fvelocci@feagredrinker.com
    Faegre Drinker Biddle & Reath, LLP

    Carter Nicholas - Carter.Nichols@troutman.com
    Troutman Pepper

                                *s/ Lucas M. Coughlin*
                                  Lucas M. Coughlin

Daniel A. Edelman
Heather Kolbus
Lucas M. Coughlin
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200