IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYLER FERRIS, <br> CORY SITTON, and <br> ROBERT D. STEVENS, <br> on behalf of Plaintiffs and the class members described below, <br><br> Plaintiffs, <br><br> v. <br><br> UETSA TSAKITS, INC., <br> doing business as MAXLEND; <br> DAVID JOHNSON; <br> KIRK MICHAEL CHEWNING; <br> CANE BAY PARTNERS VI, LLLP; <br> DIMENSION CREDIT (CAYMAN), L.P.; <br> STRETEGIC LINK CONSULTING, LP; <br> ESOTERIC VENTURES, LLC; <br> INFOTEL INTERNATIONAL LTD.; <br> M. MARK HIGH, LTD.; <br> JAY CLARK; <br> and JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:24-cv-01236 <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Crystal S. Wildeman |

## STIPULATION TO DISMISS

Now come the Parties, Plaintiffs Tyler Ferris, Cory Sitton, and Robert D. Stevens (collectively, "Plaintiffs") and Defendants Uetsa Tsakits, Inc. d/b/a MaxLend, David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., and Jay Clark, (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendants with prejudice and without costs. The claims of the putative class against Defendants

1

are dismissed without prejudice and without costs. Plaintiffs' claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Alexandra Huzyk* <br> Daniel A. Edelman <br> Heather Kolbus <br> Alexandra Huzyk <br> **EDELMAN, COMBS, LATTURNER & GOODWIN, LLC** <br> 20 S. Clark Street, Suite 1800 <br> Chicago, IL 60603 <br> (312) 739-4200 <br> *Counsel for Plaintiffs* | *s/ Dominic A. Isgro (w/ consent)* <br> Dominic A. Isgro <br> **Aegis Professional Services, PLLC** <br> 440 46th Ave. <br> St. Pete Beach, FL 33706 <br> (954) 673-0341 <br> *Counsel for Defendants David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd. and Jay Clark* <br><br> *s/ Frank Velocci (w/ consent)* <br> Frank Velocci <br> **Faegre Drinker Biddle & Reath, LLP** <br> 600 Campus Drive <br> Florham Park, NJ 07932 <br> (973) 549-7078 <br> *Counsel for Defendant Dimension Credit (Cayman), LP* <br><br> *s/ Carter Nichols (w/ consent)* <br> Carter Nichols <br> **Troutman Pepper** <br> 222 Central Park Ave., Suite 2000 <br> Virginia Beach, VA 23462 <br> (757) 687-7556 <br> *Counsel for Defendant Uetsa Tsakits, Inc.* |

## CERTIFICATE OF SERVICE

I, Alexandra Huzyk, hereby certify that on December 31, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*s/ Alexandra Huzyk*
Alexandra Huzyk


Daniel A. Edelman
Heather Kolbus
Alexandra Huzyk
**EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC**
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com