IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYLER FERRIS, <br> CORY SITTON, and <br> ROBERT D. STEVENS, <br> on behalf of Plaintiffs and the class members described below, <br><br> Plaintiffs, <br><br> v. <br><br> UETSA TSAKITS, INC., <br> doing business as MAXLEND; <br> DAVID JOHNSON; <br> KIRK MICHAEL CHEWNING; <br> CANE BAY PARTNERS VI, LLLP; <br> DIMENSION CREDIT (CAYMAN), L.P.; <br> STRETEGIC LINK CONSULTING, LP; <br> ESOTERIC VENTURES, LLC; <br> INFOTEL INTERNATIONAL LTD.; <br> M. MARK HIGH, LTD.; <br> JAY CLARK; <br> and JOHN DOES 1-20, <br><br> Defendants. | Case No. 1:24-cv-01236 <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Crystal S. Wildeman |

> The court acknowledges the Stipulation to Dismiss, Dkt. [33]. The Clerk is DIRECTED to close this case on the docket. JPH 1/2/2025. Distribution via ECF.

**STIPULATION TO DISMISS**

Now come the Parties, Plaintiffs Tyler Ferris, Cory Sitton, and Robert D. Stevens (collectively, "Plaintiffs") and Defendants Uetsa Tsakits, Inc. d/b/a MaxLend, David Johnson, Kirk Michael Chewning, Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., and Jay Clark, (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendants with prejudice and without costs. The claims of the putative class against Defendants

1